IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CEDRICK R. DAVIS,** | : | |
| | : | |
| Plaintiff | : | |
| | : | CASE NO. |
| v. | : | 5:11-CV-395-CAR-CHW |
| | : | |
| **Officer TONG GRIFFEN and** | : | |
| **D.W. PEAL,** | : | |
| | : | |
| Defendants. | : | |

_____

### ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 9] that Defendant D.W. Peal be dismissed from this action pursuant to 28 U.S.C. § 1915A(b). No Objection was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT.** Plaintiff's claims against Defendant Tong Griffen for alleged violation of his rights under 42 U.S.C. § 1983 may move forward. Plaintiff's claims against Defendant D. W. Peal are hereby **DISMISSED.**

SO ORDERED, this 21st day of December, 2011.

S/  C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

AES