IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CEDRICK R. DAVIS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO. |
| v. | : | 5:11-CV-395 (CAR) |
| | : | |
| **TONG GRIFFEN,** | : | |
| | : | |
| Defendant. | : | |

_____

ORDER ON THE RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 15] that Plaintiff Cedrick Davis's Complaint be dismissed for failure to respond to the Court's orders and to diligently prosecute this action. No Objection was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT.** Plaintiff's Complaint is hereby **DISMISSED.**

SO ORDERED, this 15th day of March, 2012.

S/ C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

AES